ROBERT OWENS v. C. & R. WASTE MATERIAL.

RITA MAE LEE v. SCOZZARI CONSTRUCTION, INC.

October 11, 1977. Petition for certification granted.


STATE OF NEW JERSEY v. JOHN MAGUIRE.

October 11, 1977. Petition for certification denied.


FLORENCE RAPCHINSKI v.
STANDARD TOOL & MANUFACTURING COMPANY.

October 11, 1977. Petition for certification denied.


THE EQUITABLE LIFE MORTGAGE AND REALTY INVESTORS v. NEW JERSEY DIVISION OF TAXATION.

October 11, 1977. Petition for certification denied. (See 151 *N. J. Super.* 232)


STATE OF NEW JERSEY v. JOSEPH RANDAZZO.

October 11, 1977. Petition for certification denied.


STATE OF NEW JERSEY v. ERNEST COMPTON.

October 11, 1977. Petition for certification denied.